IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JANICE R. CAUGHORN                                              PLAINTIFF

v.                          No. 2:16-CV-02024

CAROLYN COLVIN, Commissioner,
Social Security Administration                                DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 13) from United States Magistrate Judge Mark E. Ford. The Court has conducted a careful review of the findings and recommendations, and has considered the objections (Doc. 14) filed by Plaintiff and the reply (Doc. 16) filed by Defendant. After reviewing the record de novo as to Plaintiff's objections, the Court finds that the Magistrate's reasoning is sound, that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings, and that the Magistrate's report (Doc. 13) should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is AFFIRMED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of December, 2016.

                                                          /s/ P. K. Holmes, III
                                                          P.K. HOLMES, III
                                                          CHIEF U.S. DISTRICT JUDGE